FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Be Amazed Sandwich Co., Inc. and
Michael Solomon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DALLAS LYNCH, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>BE AMAZED SANDWICH CO., INC. d/b/a AND a/k/a CAPRIOTTI'S SANDWICH SHOP; MICHAEL SOLOMON, an individual; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No. 2:18-cv-2425-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including February 1, 2019 to answer or otherwise respond to Plaintiff's Complaint. The Complaint sets forth a purported class action, and Defendants will need further time to investigate the facts, especially because of the holiday and defense counsel being on vacation from January 9-17. An extension will also allow the parties to discuss potential resolution of the case,

- 1 -

FPDOCS 34856632.1

if warranted. This is the first request for an extension of this deadline.

| FISHER & PHILLIPS | GABROY LAW OFFICES |
|---|---|
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Christian Gabroy, Esq. |
| 300 S. Fourth Street | The District at Green Valley Ranch |
| Suite 1500 | 170 South Green Valley Parkway |
| Las Vegas. NV 89101 | Suite 280 |
| Attorney for Defendants | Henderson, NV 89012 |
| | Attorney for Plaintiff |

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: 1-1-2019