FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Be Amazed Sandwich Co., Inc. and
Michael Solomon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DALLAS LYNCH, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>BE AMAZED SANDWICH CO., INC. d/b/a AND a/k/a CAPRIOTTI'S SANDWICH SHOP; MICHAEL SOLOMON, an individual; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No. 2:18-cv-2425-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including April 18, 2019 to answer or otherwise respond to Plaintiff's Complaint. This is the third request for an extension of this deadline.

The Complaint sets forth a purported wage and hour class action. The parties have met and had settlement discussions. Plaintiff has a third party that is still reviewing the extensive data that Defendants provided to Plaintiff at the end of January regarding the purported class members. Even if, following this review, a settlement of this matter cannot be achieved, Defendants will need additional time to respond to the Complaint because defense counsel will be spending considerable time in March

- 1 -

FPDOCS 35072314.1

preparing for a trial that has a first setting on April 8, 2019.

| FISHER & PHILLIPS | GABROY LAW OFFICES |
|---|---|
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Christian Gabroy, Esq. |
| 300 S. Fourth Street | The District at Green Valley Ranch |
| Suite 1500 | 170 South Green Valley Parkway |
| Las Vegas, NV 89101 | Suite 280 |
| Attorney for Defendants | Henderson, NV 89012 |
| | Attorney for Plaintiff |

IT IS SO ORDERED:

_____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE

Dated: 02-28-2019

FPDOCS 35072314.1