FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Be Amazed Sandwich Co., Inc. and
Michael Solomon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DALLAS LYNCH, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>BE AMAZED SANDWICH CO., INC. d/b/a AND a/k/a CAPRIOTTI'S SANDWICH SHOP; MICHAEL SOLOMON, an individual; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No. 2:18-cv-2425-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including May 24, 2019 to answer or otherwise respond to Plaintiff's Complaint. This is the fourth request for an extension of this deadline.

The Complaint sets forth a purported wage and hour class action. Plaintiff's lead counsel has had to deal with a recent medical emergency relating to a family member, and it was not until April 15, 2019 that Plaintiff was able to send Defendant a report from a third party analyzing the alleged damages of the purported class members, along with a request for mediation. Defendant will need time to review this analysis

and consider mediation. Also, defense counsel is currently in day seven of a jury trial.

| FISHER & PHILLIPS | GABROY LAW OFFICES |
|---|---|
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Christian Gabroy, Esq. |
| 300 S. Fourth Street | The District at Green Valley Ranch |
| Suite 1500 | 170 South Green Valley Parkway |
| Las Vegas. NV 89101 | Suite 280 |
| Attorney for Defendants | Henderson, NV 89012 |
| | Attorney for Plaintiff |

IT IS SO ORDERED:

*George Foley Jr.*
UNITED STATES DISTRICT JUDGE

Dated: April 19, 2019

- 2 -

35282225