FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants,
Be Amazed Sandwich Co., Inc. and
Michael Solomon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DALLAS LYNCH, on behalf of herself and all others similarly situated; | ) Case No. 2:18-cv-2425-APG-GWF |
| Plaintiff, | ) **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | ) **(Fifth Request)** |
| BE AMAZED SANDWICH CO., INC. d/b/a AND a/k/a CAPRIOTTI'S SANDWICH SHOP; MICHAEL SOLOMON, an individual; DOES 1 through 50; inclusive, | ) |
| Defendant(s). | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including June 24, 2019 to answer or otherwise respond to Plaintiff's Complaint.  This is the fifth request for an extension of this deadline.

The Complaint sets forth a purported wage and hour class action.  On May 15, 2019, Plaintiff sent Defendant a new type of settlement proposal, along with sample motions and orders relating thereto.  Defense counsel will need further time to analyze

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

this proposal and then review it with the Defendants.

| | |
|---|---|
| FISHER & PHILLIPS | GABROY LAW OFFICES |
| By: _____/s/_____ | By: _____/s/_____ |
| Scott M. Mahoney, Esq. | Christian Gabroy, Esq. |
| 300 S. Fourth Street | The District at Green Valley Ranch |
| Suite 1500 | 170 South Green Valley Parkway |
| Las Vegas. NV 89101 | Suite 280 |
| Attorney for Defendants | Henderson, NV 89012 |
| | Attorney for Plaintiff |

IT IS SO ORDERED:

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

Dated:_____May 22, 2019_____

FPDOCS 35435156.1

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101