FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Be Amazed Sandwich Co., Inc. and
Michael Solomon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DALLAS LYNCH, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>BE AMAZED SANDWICH CO., INC. d/b/a AND a/k/a CAPRIOTTI'S SANDWICH SHOP; MICHAEL SOLOMON, an individual; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No. 2:18-cv-2425-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including July 22, 2019 to answer or otherwise respond to Plaintiff's Complaint. This is the sixth request for an extension of this deadline.

The Complaint sets forth a purported wage and hour class action. Defendants are in the process of submitting a new settlement proposal to Plaintiff. Defense counsel will be on vacation June 25 – July 4, and additional time will be needed for discussions

35628512

and negotiations.

| | |
|---|---|
| FISHER & PHILLIPS<br><br>By: /s/<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | GABROY LAW OFFICES<br><br>By: /s/<br>Christian Gabroy, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Attorney for Plaintiff |

IT IS SO ORDERED:

*George Foley Jr.*
_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2019

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

35628512