FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Be Amazed Sandwich Co., Inc. and
Michael Solomon

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DALLAS LYNCH, on behalf of herself and all others similarly situated; | Case No. 2:18-cv-2425-APG-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | **(Seventh Request)** |
| BE AMAZED SANDWICH CO., INC. d/b/a AND a/k/a CAPRIOTTI'S SANDWICH SHOP; MICHAEL SOLOMON, an individual; DOES 1 through 50; inclusive, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including August 30, 2019 to answer or otherwise respond to Plaintiff's Complaint. This is the seventh request for an extension of this deadline.

The Complaint sets forth a purported wage and hour class action. The parties have exchanged two new settlement proposals since the last extension, and Defendant will be making another offer this week. The parties believe time is better spent on

settlement negotiations than expending their and the Court's resources on litigation.

FISHER & PHILLIPS

By: _____/s/_____
Scott M. Mahoney, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas. NV 89101
Attorney for Defendants

GABROY LAW OFFICES

By: _____/s/_____
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____July 23, 2019_____

35787533

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101