FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Be Amazed Sandwich Co., Inc. and
Michael Solomon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DALLAS LYNCH, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>BE AMAZED SANDWICH CO., INC. d/b/a AND a/k/a CAPRIOTTI'S SANDWICH SHOP; MICHAEL SOLOMON, an individual; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No. 2:18-cv-2425-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(Thirteenth Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including March 31, 2020 to answer or otherwise respond to Plaintiff's Complaint. This is the thirteenth request for an extension of this deadline.

The Complaint sets forth a purported wage and hour class action. The parties are still working to achieve and hopefully finalize the details of a form of settlement, and the monetary difference between the parties is now in the low five figures. The parties believe time is better spent on settlement negotiations than expending their and the Court's resources on litigation. Plaintiff's lead counsel has been largely unavailable

- 1 -

FP 37247640.1

for discussions in the past month due to very serious medical issues relating to his father.

| FISHER & PHILLIPS | GABROY LAW OFFICES |
|---|---|
| By: /s/ <br> Scott M. Mahoney, Esq. <br> 300 S. Fourth Street <br> Suite 1500 <br> Las Vegas. NV 89101 <br> Attorney for Defendants | By: /s/ <br> Christian Gabroy, Esq. <br> The District at Green Valley Ranch <br> 170 South Green Valley Parkway <br> Suite 280 <br> Henderson, NV 89012 <br> Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 2, 2020

- 2 -

FP 37247640.1