FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Be Amazed Sandwich Co., Inc. and
Michael Solomon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DALLAS LYNCH, on behalf of herself and all others similarly situated;

Plaintiff,

v.

BE AMAZED SANDWICH CO., INC. d/b/a AND a/k/a CAPRIOTTI'S SANDWICH SHOP; MICHAEL SOLOMON, an individual; DOES 1 through 50; inclusive,

Defendant(s).

Case No. 2:18-cv-2425-APG-EJY

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**
**(Fourteenth Request)**

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including May 15, 2020 to answer or otherwise respond to Plaintiff's Complaint. This is the fourteenth request for an extension of this deadline.

The Complaint sets forth a purported wage and hour class action. The parties are still working to achieve and hopefully finalize the details of a form of settlement, and the monetary difference between the parties is now in the low five figures. The parties believe time is better spent on settlement negotiations than expending their and the Court's resources on litigation. Defendant will not be in a position to make any



FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

final settlement decisions until they have a better understanding of the impact of COVID-19 on the future of their business.

FISHER & PHILLIPS

By:_______/s/_____________
Scott M. Mahoney, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas. NV 89101
Attorney for Defendants

GABROY LAW OFFICES

By: ________/s/_______________
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED that the parties have one final extension as requested. No further extensions of time will be granted. Therefore, a telephonic status check is set for **May 18, 2020 at 10:00 a.m.** If notice of settlement is filed on or before May 18, 2020, the status hearing will be vacated.

All Parties are instructed to call the Audio Conference Line at (888) 251-2909, access code 7771745, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2020





FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101