Christian Gabroy, Nev. Bar No. 8805
christian@gabroy.com
Kaine Messer, Nev. Bar No. 14240
kmesser@gabroy.com
GABROY LAW OFFICES
The District at Green Valley Ranch
170 S. Green Valley Pkwy, Suite 280
Henderson, NV 89012
Tel. (702) 259-7777
Fax. (702) 259-7704
*Attorneys for Plaintiff Dallas Lynch*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DALLAS LYNCH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BE AMAZED SANDWICH CO., INC. d/b/a and a/k/a CAPRIOTTI'S SANDWICH SHOP; MICHAEL SOLOMON, an individual; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No. 2:18-CV-2425-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

### **STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own attorneys'

/ / /

fees and costs.

Dated this 6th day of July 2020.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012

*Attorneys for Plaintiff*

Dated this 6th day of July 2020.

Respectfully submitted,

/s/ *Scott Mahoney*
Scott M. Mahoney
FISHER & PHILLIPS
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101

*Attorney for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 6, 2020.